

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00034-CV

**IN RE** Anthony **MOORE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

Delivered and Filed: February 7, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On January 17, 2024, relator filed a petition for writ of mandamus that included a request for emergency relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's request for emergency relief is **DENIED** and relator's petition for writ of mandamus is **DISMISSED** without prejudice to relator seeking relief by appeal, if necessary, after a divorce decree is finalized. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 23-04-0279-CVA, styled *In the Matter of the Marriage of Jo Ann Moore and Anthony Moore*, pending in the County Court at Law, Atascosa County, Texas, the Honorable Bob Brendel Presiding.